# Order

Michigan Supreme Court
Lansing, Michigan

October 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142106(44)

ARTHUR WHITMORE and ELAINE
WHITMORE,
          Plaintiffs-Appellees,

v

CHARLEVOIX COUNTY ROAD
COMMISSION,
          Defendant-Appellant.
_____

SC: 142106
COA: 289672
Charlevoix CC: 08-014922-NO

       On order of the Chief Justice, the motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* is considered and it is granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2011

_____
Clerk